UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS RAYMOND PROUT,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN,<br><br>Defendant. | No. 2:24-cv-2159 CSK P<br><br>ORDER & FINDINGS & RECOMMENDATIONS |

By order filed August 15, 2024, plaintiff was granted thirty days to file a complaint and an application to proceed in forma pauperis. (ECF No. 8.) Thirty days from that date have now passed, and plaintiff has not filed a complaint or an application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall assign a district judge to this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that

1

failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 20, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Pr2159.fta

2